**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| MIDEAST MACHINERY MOVERS, INC. | : | Case No. 3:15-cv-116 |
| | : | |
| | : | (Judge Thomas M. Rose) |
| Plaintiff, | : | (Magistrate Judge Michael J. Newman) |
| v. | : | |
| | : | |
| PNEU-MECH PAINT FACILITIES, LLC, et. al., | : | **JUDGMENT ENTRY** |
| | : | |
| Defendants. | : | |

The Court finds that on March 3, 2015 the Defendant, PNEU-MECH PAINT FACILITIES, LLC., was served with the Complaint filed by the Plaintiff, Mideast Machinery Movers, Inc. in the Common Pleas Court of Clark County, Ohio seeking judgment in the amount of $149,623.30 for work completed at the Navistar facility located in Springfield, Ohio.  On April 2, 2015, Defendant Brawtus Holding Company, Inc. filed for removal of the suit to the United States District Court for the Southern District of Ohio. In a letter attached thereto, Defendant Pneu-Mech Paint Facilities, LLC, through its representative Lief Josefsson, consented to such removal. The Defendant, Pneu-Mech Paint Facilities, LLC, has

1

failed to plead or otherwise defend in this action within the twenty-eight day time frame allotted by Civ. R. 12(A), thus entitling the Plaintiff to Default Judgment pursuant to Civ. R. 55.

The Defendant having thus failed to appear, the Plaintiff moved the Clerk for an Entry of Default which the Clerk has entered, pursuant to Civ. R. 55, on May 6, 2015.

Default having heretofore been entered, it is hereby **ORDERED** that Plaintiff, MIDEAST MACHINERY MOVERS, INC. recover of the Defendant, PNEU-MECH PAINT FACILITIES, LLC. the sum of $149,623.30, plus costs and interest according to law from the date of this judgment until the entire amount is paid.

IT IS SO ORDERED.

                                              Thomas M. Rose, JUDGE
                                              United States District Court
                                              Southern District of Ohio

May 27, 2015                           s/Thomas M. Rose

                                          BY:_____
                                            Thomas M. Rose, JUDGE